**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**　　　　　　　　　　　　　　　　Case No. 11-cr-121-PB

<u>**Thomas Nardone**</u>

### O R D E R

The defendant has moved through counsel to continue the January 4, 2012 trial in the above case, citing the need for additional time to allow defendant to recover from recent back surgery and to prepare for trial or other disposition. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 4, 2012 to March 6. 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 19, 2011 final pretrial conference is continued to February 22, 2012 at 2:00 p.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 16, 2011

cc: Helen W. Fitzgibbon, Esq.
    Jonathan Saxe, Esq.
    United States Marshal
    United States Probation