UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    v.                                  Case No. 11-cr-121-PB

**Thomas Nardone**


**O R D E R**

The defendant has moved through counsel to continue the March 6, 2012 trial in the above case, citing the need for additional time to allow defendant to recover from recent surgery and undergo further medical procedures and to prepare for trial or other disposition.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 6. 2012 to May 1, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 29, 2012 final pretrial conference is continued to April 20, 2012 at 2:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 23 , 2012

cc: Helen W. Fitzgibbon, Esq.
    Jonathan Saxe, Esq.
    United States Marshal
    United States Probation