## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

      **v.**                                    Case No. 11-cr-121-PB

**Thomas Nardone**


## O R D E R


The defendant has moved through counsel to continue the May 1, 2012 trial in the above case, citing the need for additional time to address defendant's medical needs and to engage in plea negotiations. The government does not object to a continuance of the trial date.

Although the court previously indicated no further continuances would be granted, circumstances concerning defendant's medical status warrant the need for additional time prior to trial. Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2012 to July 10, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a

continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 20, 2012 final pretrial conference is continued to June 27, 2012 at 3:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 16, 2012

cc:  Helen W. Fitzgibbon, Esq.
     Jonathan Saxe, Esq.
     United States Marshal
     United States Probation